UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY,
GEICO GENERAL INSURANCE COMPANY
and GEICO CASUALTY COMPANY,

Index No.: 1:21-cv-05921

Plaintiffs,

-against-

APEX MEDICAL, P.C., ARKAM REHMAN, M.D.,
And JOHN DOE DEFENDANTS "1" – "10",

Defendants.
------------------------------------X

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiffs Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty Company (collectively, "Plaintiffs") and Defendants, Arkam Rehman, M.D. and Apex Medical, P.C. (collectively, "Defendants") that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party to this action has an interest in the subject matter of this action, all claims asserted by the Plaintiffs against the Defendants are hereby discontinued, without prejudice. Each party shall bear their own costs, disbursements and counsel fees associated with the prosecution and/or defense of this action.

This stipulation may be filed without any further notice with the Clerk of the Court.

Dated: 8/8, 2023

RIVKIN RADLER LLP

By: _____
Michael A. Sirignano, Esq.
Barry Levy, Esq.
Joanna RosenMatt, Esq.
926 RXR Plaza
Uniondale, New York 11556

*Attorneys for Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company, and GEICO Casualty Company*

SCHWARTZ, CONROY & HACK, PC

By: _____
Matthew J. Conroy, Esq.
Robert Hewitt, Esq.
666 Old Country Road, Suite 900
Garden City, NY 11530

*Attorneys for Defendants, Arkam Rehman, MD and Apex Medical, P.C.*